

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>GLENN BARTOLINI,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR No. 08-1036 (A) - RMT<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, GLENN BARTOLINI, the above-named defendant, who is accused of Illegal Sale or Distribution of Unregistered Securities, in violation of 15 U.S.C. § 77e, 77x: Illegal Sale or Distribution of Unregistered Securities, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on MARCH 13, 2009, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: _____

_____
*Interpreter*

Before _____
*Judicial Officer*
ROBERT M. TAKASUGI

---